**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUSSEIN AWEL ZIYAD<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN JEREMY CASEY,<br><br>                              Respondent. | Case No.:  3:26-cv-1782-CAB-DEB<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR CLARIFICATION**<br><br>[Doc. No. 11] |

Pending before the Court is Petitioner's motion to clarify the burden of proof to be applied at his upcoming bond hearing on May 19, 2026.  [Doc. No. 11.]  Petitioner argues that Respondent must show "by clear and convincing evidence that Petitioner is a danger to [the] community and/or a flight risk."  [*Id.*]  Respondents contend that the burden of proof should not be placed on the government at a hearing under 8 U.S.C. § 1226(a).  [Doc. No. 13 at 2 (quoting *Rodriguez Diaz v. Garland*, 53 F.4th 1189, 1211–1212 (9th Cir. 2022).]  But the basis for the Court's order for a bond hearing here was not § 1226(a); it was that Petitioner's prolonged detention since January 8, 2025 violated the Due Process clause of the Fifth Amendment.  [Doc. No. 10.]  The burden of proof in such a case is on the government.  *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011), *abrogated on other grounds by Jennings v. Rodriguez*, 583 U.S. 281 (2018) ("Given the substantial liberty interest at stake . . . we hold that the government must prove by clear and convincing

1

3:26-cv-1782-CAB-DEB

evidence that an alien is a flight risk or a danger to the community to justify denial of bond[.]"); *Sandesh v. LaRose*, No. 26-CV-0846-JES-DDL, 2026 WL 622690, at *5 (S.D. Cal. Mar. 5, 2026) ("[D]istrict courts since *Rodriguez Diaz* have continued to find *Singh* good law as to § 1225(b) bond hearings for individuals subjected to unconstitutionally prolonged detention without individualized findings.")

The Court therefore **GRANTS** Petitioner's motion, [Doc. No. 11], and orders that at Petitioner's May 19, 2026 bond hearing, Respondent must show by clear and convincing evidence that Petitioner is a danger to the community and/or a flight risk to justify denial of bond.

It is **SO ORDERED**.

Dated: May 18, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-1782-CAB-DEB